UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PETE COURTSAL, | ) | No. CV 09-95-JVS (AGR) |
|         Petitioner, | ) ) | |
| v. | ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| JAMES D. HARTLEY, Warden, | ) ) | |
|         Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that (1) Respondent's motion to dismiss is granted; (2) the petition is dismissed without prejudice for failure to exhaust remedies; and (3) Petitioner's motion to grant petition for writ of habeas corpus is denied.

DATED: August 31, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE