# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| PETE COURTSAL, | ) | No. CV 09-95-JVS (AGR) |
|         Petitioner, | ) | |
|    v. | ) | **JUDGMENT** |
| JAMES D. HARTLEY, Warden, | ) | |
|         Respondent. | ) | |

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that the petition in this matter is dismissed without prejudice.

DATED: August 31, 2009

                                      JAMES V. SELNA
                                 UNITED STATES DISTRICT JUDGE